IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05cr370 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RORY YOUNG, | ) | |
| Defendant. | ) | |

Defendant Rory Young appeared before the court on December 20, 2007 on a Petition for Summons for Offender under Supervision [28]. The defendant requests appointed counsel. The defendant was represented by Assistant Federal Public Defender Julie Hansen and the United States was represented by Assistant U.S. Attorney Russell Mayer. The defendant denies all allegations of the petition. The defendant's oral motion to continue disposition to allow the defendant an opportunity to explore treatment options is granted. The government does not request detention.

IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter.

2. A Violation of Supervised Release hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1 :00 p.m., on January 23, 2008.** Defendant must be present in person.

Dated this 26th day of December, 2007.

BY THE COURT:

  s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge